DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br>v.<br><br>**DIABLO FOODS INC**, as an entity and doing business as "Diablo Foods", **ED B. STOKES**, as an individual and doing business as "Diablo Foods", **T.J. WHITTEN FAMILY LLC**, and DOES 1-50, Inclusive,<br><br>                    Defendants. | Case No.: **3:21-cv-02821-AGT**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

   **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, **ONLY** against defendants, **ED B. STOKES, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: May 25th, 2021

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff